UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RONNIE JACKSON, | Case No. 24-CV-54 (NEB/TNL) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| JENNIFER SHAFT, Health Service Administrator, BRANDY DROPPS, Director of Nursing, in their individual capacities, | |
| Defendants. | |

The Court has received the February 21, 2024, Report and Recommendation of United States Magistrate Judge Tony N. Leung. (ECF No. 5.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 5) is ACCEPTED; and

2. The action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 8, 2024                                           BY THE COURT:

                                                               s/Nancy E. Brasel
                                                               Nancy E. Brasel
                                                               United States District Judge